[No. 5501–5–II. Division Two. December 15, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JACK H. LARSON, *Appellant.*

Appeal from a judgment of the Superior Court for Grays

Harbor County, No. CR–244, John W. Schumacher, J., entered October 17, 1980. *Dismissed* by unpublished opinion per Worswick, J., concurred in by Petrich, A.C.J., and Petrie, J.